# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| L.M., a Minor, through Guardian, S.M., Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK INC. and BYTEDANCE INC.,<br><br>Defendants. | CASE NO. 3:20-cv-498 |

## ENTRY OF APPEARANCE

COMES NOW James G. Onder of Onder Law, LLC and enters his appearance on behalf of Plaintiff L.M., a Minor, through Guardian, S.M. in the above captioned matter.

**DATED: JUNE 4, 2020**       **ONDERLAW, LLC**

By: */s/ James G. Onder*
James G. Onder, #0620044
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
onder@onderlaw.com
wichmann@onderlaw.com
(314) 963-9000 telephone
(314) 963-1700 facsimile

1